| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| M.D., In re | 79A04–1701–JT–109 | 05/25/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Blinn v. Fern | 27A05–1701–SC–49 | 05/25/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Bryant v. State | 82A01–1701–CR–41 | 05/25/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Fielder v. Fielder | 49A02–1609–DR–2038 | 05/25/2017 | RILEY, J.<br>MAY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| S.S. v. C.D. | 75A03–1612–DR–2887 | 05/25/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Hoots v. State | 49A04–1611–CR–2539 | 05/25/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Wilson v. State | 49A04–1609–CR–1984 | 05/25/2017 | BRADFORD, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Lewis v. State | 79A04–1610–CR–2529 | 05/25/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Speichert v. Speichert | 45A05–1610–DR–2451 | 05/25/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Jones v. State | 48A02–1612–CR–2814 | 05/25/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Kulbieda v. Alford | 75A05–1609–SC–2100 | 05/25/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Tice v. State | 15A05–1701–CR–171 | 05/25/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |